In the Matter of the Accounting of THE BABYLON NATIONAL BANK AND TRUST COMPANY, as Successor Trustee under the Will of PRINCE H. FOSTER, Deceased, et al., Respondents.

HATTIE F. KIRBY, Appellant and Respondent; EMILY E. KERN et al., Respondents and Appellants.

(Argued March 3, 1936; decided March 17, 1936.)

*Robert T. Oliver* and *Philip E. Barnard* for Hattie Kirby, appellant and respondent.

*George E. Darling* for Emily E. Kern et al., respondents and appellants.

*George A. Voss* and *Douglas E. Brown* as special guardian, for Henry Foster, respondent.

*Harry Paul Fishel* for The Babylon National Bank and Trust Company, as successor trustee, respondent.

Order affirmed, with costs to respondent Henry Foster payable out of the estate. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.